# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0117.  H. LANE HOLTON v. JAMES and HARRY HOLTON, INC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.  The appellant may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of the Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC Numbers:
11V405



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/30/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*